UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **GREGORY AND MARCY BECKETT,** § § § | |
| **Plaintiffs,** § § | |
| v. § § § | **CIVIL ACTION NO.: 1:23-cv-00019** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,** § § § § | |
| **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Gregory and Marcy Beckett (hereinafter "Plaintiffs") and Defendant Allstate Vehicle and Property Insurance Company (hereinafter "Defendant") announce to the Court that the parties have resolved all claims in this matter. Therefore, Plaintiffs and Defendant hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiffs brought in this case against any and all Defendants.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal With Prejudice and enter an Order of Dismissal.  The Parties request all such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)
**ATTORNEYS FOR DEFENDANT**

AND

*/s/ E. Hart Green w/permission*
E. HART GREEN
State Bar No. 008349290
hartgr@wgttlaw.com
WELLER GREEN TOUPS & TERRELL LLP
PO Box 350
Beaumont, Texas 77704
(409) 838-0101
(409) 832-7823 (fax)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record via Pacer on December 7, 2023.

 */s/ Susan E. Egeland*
SUSAN E. EGELAND