IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GREGORY BECKETT AND MARCY BECKETT, § § § *Plaintiffs,* § § VS. § § ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, § § § *Defendant.* § | CIVIL ACTION NO. 1:23-CV-00019 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 23]. The Parties are seeking a dismissal with prejudice of all claims which Plaintiffs brought in this case against Defendant.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 13th day of December, 2023.

_____
Michael J. Truncale
United States District Judge